UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1077 MADISON STREET, LLC,

                Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE,

                Defendant.

**MEMORANDUM & ORDER**
**19-CV-00954 (NGG) (CLP)**

NICHOLAS G. GARAUFIS, United States District Judge.

Pending before the court is Plaintiffs' motion for default judgment. (Mot. for Default J. (Dkt. 19).) Plaintiffs seek strict foreclosure of a property in Brooklyn. (*See* Compl. (Dkt. 1).) This motion was referred to Magistrate Judge Cheryl L. Pollak for a report and recommendation ("R&R"). (*See* Nov. 17, 2021 Order Referring Mot.) Magistrate Judge Pollak issued the annexed R&R on June 14, 2022, recommending that the court grant Plaintiffs' motion. (*See* R&R (Dkt. 21).)

No party has objected to Magistrate Judge Pollak's R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and, for the reasons stated in the R&R, ORDERS default judgment. The court GRANTS Defendant 60 days from the date of this order to notify Plaintiff whether it intends to exercise its right of redemption. The Clerk of Court is respectfully directed to send copies of this order to the parties at their last known addresses.

SO ORDERED.

Dated:    Brooklyn, New York
           July 8, 2022

                                              s/Nicholas G. Garaufis
                                              NICHOLAS G. GARAUFIS
                                              United States District Judge